United States District Court
Southern District of Texas
**ENTERED**
October 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JESUS ZAVALA HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 5:17-CV-00013 |
| | § | |
| UNKNOWN BORDER PATROL AGENT, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff filed this civil rights complaint under 42 U.S.C. § 1983 on January 26, 2017, while incarcerated at the Rio Grande Detention Center. (Dkt. No. 1). He requested leave to proceed *in forma pauperis* that same day. (Dkt. No. 3). On March 2, 2017, Plaintiff notified this Court that he had been released from custody and had moved to Nuevo Laredo, Tamaulipas, Mexico. (Dkt. No. 7). On May 17, 2017, this Court granted Plaintiff's motion to proceed *in forma pauperis* and warned him that failure to comply as directed may result in dismissal of this action for failure to prosecute. (Dkt. No. 9). On August 3, 2017, after receiving no payments and no further filings from Plaintiff, this Court filed an Order alerting Plaintiff to his deficiency and warning him that the action may be dismissed without further notice if no payment had been received by September 4, 2017. (Dkt. No. 11). As of October 23, 2017, the Court has received no further communication from Plaintiff.

Because of Plaintiff's failure to prosecute, the undersigned Magistrate Judge hereby **RECOMMENDS** to the U.S. District Judge that this case be **DISMISSED WITHOUT**

1

**PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

SIGNED this 24th day of October, 2017.

_____
DIANA SONG QUIROGA
United States Magistrate Judge