UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JESUS ZAVALA HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:17-CV-13 |
| | § | |
| UNKNOWN BORDER PATROL AGENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On October 24, 2017, U.S. Magistrate Judge Diana Song Quiroga issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Plaintiff's claims be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. (Dkt. No. 14). No objections to the Report and Recommendation were filed within the 14-day period set forth in. § 636(b)(1).

Having found no plain error in the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendations as the findings of the Court. Accordingly, Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** November 13, 2017.

_____
Marina Garcia Marmolejo
United States District Judge